1  BRADLEY KASS, ESQ.      (CBN# 127658)
   KASS & KASS LAW OFFICES
2  520 S. El Camino Real, Suite 810
   San Mateo, CA 94402
3  Phone Number: (650) 579-0612
   Fax Number:   (650) 579-0760
4

5  Attorney for Petitioner
   JAMES DANIEL FOX
6

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
1/20/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF | Case Number: 15-cv-02134-YGR |
| JAMES DANIEL FOX, | STIPULATION TO EXTEND TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS HABEAS PETITION; AND EXTEND TIME FOR ANY REPLY |
| PETITIONER. | |
| VS. | |
| KIM HOLLAND, WARDEN | |
| [California Correctional Institution ("CCI") at Tehachapi, California] | |
| RESPONDENT. | |

Stipulation                           1

WHEREAS, Respondent Kim Holland, Warden, and Petitioner James D. Fox hereby stipulate thru their counsel that if allowed by the court, Petitioner may have an additional thirty (30) days to respond to Respondent's Motion to Dismiss Habeas Petition of which the current opposition is scheduled for January 19, 2016. If acceptable to the court, the new date for a response would be February 18, 2016. Any Reply would then be due March 3, 2016.

Counsel for Petitioner has requested the additional time due to his extensive calendar of hearings and other matters in the last several weeks. In addition, Counsel for Petitioner had more limited office hours due to the holidays after the order setting the calendaring was entered on December 22, 2015 and as modified on December 23, 2015.

DATED: January 18, 2016    KASS & KASS LAW OFFICES

/s/ Bradley Kass, Esq.
_____
BRADLEY KASS, ESQ.
Attorney for Petitioner

DATED: 01/19/16    OFFICE OF THE ATTORNEY GENERAL

/s/ Pamela K. Critchfield
_____
PAMELA K. CRITCHFIELD ESQ.
Attorney for Respondent

stipulation                                   2