UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES D. FOX,**

    Petitioner,

v.

**KIM HOLLAND,**

    Respondent.

Case No. 15-cv-02134 YGR

**ORDER VACATING HEARING DATE**

Re: Dkt. No. 14

    On February 22, 2016, Respondent filed an unopposed motion to continue oral argument hearing date based on a scheduling conflict. (Dkt. No. 14.)

    The hearing is **VACATED** to be reset by the Court if necessary.

    This Order terminates Docket Number 14.

    **IT IS SO ORDERED.**

Dated: February 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**