UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES DANIEL FOX,**

    Petitioner,

  v.

**KIM HOLLAND, WARDEN,**

    Respondent.

Case No. 15-cv-02134 YGR

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss, **IT IS ORDERED AND ADJUDGED** that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    **IT IS SO ORDERED.**

Dated: September 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**